**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2030

JOSEPH BLACKBURN, SR.,

Plaintiff - Appellant,

versus

HOECHST MARION ROUSSEL, INCORPORATED; LEDERLE,
INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (CA-04-65-2)

Submitted: December 15, 2005        Decided: December 20, 2005

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph Blackburn, Sr., Appellant Pro Se.  Tamela Jane White, Craig
A. Komorowski, FARRELL, FARRELL & FARRELL, L.C., Huntington, West
Virginia; Jeff Chandler Woods, JACKSON KELLY, P.L.L.C., Charleston,
West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Blackburn, Sr., appeals a district court judgment dismissing his complaint as barred by the statute of limitations. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. <u>See</u> <u>Blackburn v. Hoechst Marion Roussel, Inc.</u>, No. CA-04-65-2 (N.D.W. Va. Aug. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>